1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12  MARIA SANDRA CARRASCO VAZQUEZ,          Case No. 4:25-cv-02955 HSG
    *et al.*,
13
                        Plaintiffs,
14                                          **STIPULATION TO STAY**
        v.                                  **PROCEEDINGS; ORDER**
15
    KRISTI NOEM, Secretary of the United States
16  Department of Homeland Security, *et al.*,

17                      Defendants.

18

19      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20  proceedings in this case for a limited time, until November 28, 2025. The parties make this joint request

21  because they are pursuing an administrative resolution that may render further litigation of this case

22  unnecessary.

23      1.      Plaintiffs filed this mandamus action seeking adjudication of their Form I-589,

24  Applications for Asylum and Withholding of Removal. United States Citizenship and Immigration

25  Services ("USCIS") scheduled an interview for July 31, 2025. USCIS will work diligently towards

26  completing adjudication of the I-589 application, absent the need for further adjudicative action or

27  unforeseen circumstances that would require additional time for adjudication.

28

Stipulation to Stay
C 4:25-cv-02955 HSG                              1

2.      Plaintiffs agree to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiffs agree that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.      If needed by Plaintiffs or their dependent(s), Plaintiffs shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiffs recognize that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4.      Upon receipt of the Asylum Office's decision, Plaintiffs agree to voluntarily dismiss the case.

5.      The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 28, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 9, 2025                          Respectfully submitted,[1]

                                             CRAIG H. MISSAKIAN
                                             United States Attorney


                                              */s/ Elizabeth D. Kurlan*
                                             ELIZABETH D. KURLAN
                                             Assistant United States Attorney
                                             Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 4:25-cv-02955 HSG                          2

1   Dated: June 9, 2025                          */s/ Josh F. Sigal*
                                                 JOSH F. SIGAL
2                                                Mendelson Law Firm, A.P.C.
                                                 Attorney for Plaintiffs
3

4

5

6                                     **ORDER**

7                  Pursuant to stipulation, IT IS SO ORDERED.

8
    Date:  6/10/2025
9
                                                 HAYWOOD S. GILLIAM, JR.
10                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Stay
C 4:25-cv-02955 HSG                    3